IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TINA MCNEAL     PLAINTIFF

V.     CIVIL ACTION NO. 4:23-cv-180-DMB-DAS

PREMIER MEDICAL MANAGEMENT
OF MISSISSIPPI, INC.     DEFENDANT

---

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT'S RESPONSIVE PLEADING OF PREMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC.

---

COMES NOW, Defendant Premier Medical Management of Mississippi, Inc. ("Premier Medical" or "Defendant"), by and through counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and files the following Unopposed Motion to Extend Time to Answer or Respond to Plaintiff's Complaint and, in doing so, respectfully shows the Court the following:

1. Plaintiff Tina McNeal ("Plaintiff") filed the instant lawsuit against Defendant and Defendant's responsive pleading is currently due November 2, 2023.

2. Additional time is needed for Defendant to gather information needed to respond to Plaintiff's Complaint. In particular, the undersigned was delayed in gathering information and documents needed to prepare the responsive pleading due to the death of the undersigned's father shortly after Defendant was served. Therefore, Defendant requests the Court extend the deadline for Defendant's answer or other responsive pleading up through and including November 15, 2023.

3. Counsel for Defendant has conferred with Counsel for Plaintiff and confirmed that Plaintiff does not oppose Defendant's Motion.

4. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), good cause exists for the extension. This request is not interposed for delay and will not cause prejudice to either party.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court extend its responsive pleading deadline through and including November 15, 2023, and that the Court grant such other, further and different relief as the Court deems fair and just.

This the 1st day of November, 2023.

Respectfully submitted,

**PREMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC.,** Defendant

By: */s/ Robin Banck Taylor*

Robin Banck Taylor (MS Bar No. 100195)

ITS ATTORNEY

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Email: robin.taylor@butlersnow.com

**CERTIFICATE OF SERVICE**

I, Robin Banck Taylor, do hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel of record:

> Louis H, Watson, Jr.
> Nick Norris
> WATSON & NORRIS, PLLC
> 4209 Lakeland Drive #365
> Flowood, MS  39232-9212
> louis@watsonnorris.com
> nick@watsonnorris.com

**ATTORNEYS FOR PLAINTIFF**

This, the 1st day of November, 2023.

                                               */s/ Robin Banck Taylor*

84220155.v1