IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TINA MCNEAL**                                                                                   **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 4:23-cv-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT
OF MISSISSIPPI, INC.**                                                    **DEFENDANT**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Blythe K. Lollar of the law firm Butler Snow LLP, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157, enters her appearance as counsel of record for Defendant Premier Medical Management of Mississippi, Inc.

This the 3rd day of November, 2023.

                                                   **PREMIER MEDICAL MANAGEMENT OF
MISSISSIPPI, INC.,**
                                                   Defendant

                                         By:      */s/ Blythe K. Lollar*
                                                                Robin Banck Taylor (MS Bar No. 100195)
                                                                Blythe K. Lollar (MS Bar No. 104554)

                                                       ATTORNEYS FOR DEFENDANT

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Phone: (601) 948-5711
Fax: (601) 985-4500
E-mail: robin.taylor@butlersnow.com
E-mail: blythe.lollar@butlersnow.com

84257427.v1

## CERTIFICATE OF SERVICE

I, Blythe K. Lollar, one of the attorneys for Defendant Premier Medical Management of Mississippi, Inc., do hereby certify that I have this date filed the above and foregoing pleading with the Court's ECF system which sent notice to the following counsel of record:

>Louis H, Watson, Jr.
>Nick Norris
>WATSON & NORRIS, PLLC
>4209 Lakeland Drive #365
>Flowood, MS  39232-9212
>louis@watsonnorris.com
>nick@watsonnorris.com

**ATTORNEYS FOR PLAINTIFF**

This the 3rd day of November, 2023.

>/s/ Blythe K. Lollar
>BLYTHE K. LOLLAR

84257427.v1