**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TINA MCNEAL**                                                                 **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 4:23-cv-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT**                                    **DEFENDANT**
**OF MISSISSIPPI, INC.**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.      Plaintiff's Interrogatories to Defendant(s).

A true and correct copy of this Notice has been served upon the Defendant along

with the document.  The original pleadings are being retained in the possession of counsel

for the Plaintiff.

THIS, the 31st day of January, 2024.

Respectfully submitted,

 /s Nick Norris
 NICK NORRIS (MSB #101574)
Attorney for Plaintiff

OF COUNSEL:
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, the 31st day of January, 2024.

<u>s/Nick Norris</u>
NICK NORRIS