# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TINA MCNEAL**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 4:23-cv-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT**
**OF MISSISSIPPI, INC.**     **DEFENDANT**

## NOTICE OF SERVICE

Defendant Premier Medical Management of Mississippi, Inc. hereby gives notice of service of the following:

> *Defendant Premier Medical Management of Mississippi, Inc.'s First Set of Interrogatories to Plaintiff.*

This the 1st day of February, 2024.

    **PREMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC.,** Defendant

By:    */s/ Blythe K. Lollar*
           Robin Banck Taylor (MS Bar No. 100195)
           Blythe K. Lollar (MS Bar No. 104554)

           ATTORNEYS FOR DEFENDANT

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Phone: (601) 948-5711
Fax: (601) 985-4500
E-mail: robin.taylor@butlersnow.com
E-mail: blythe.lollar@butlersnow.com

85725910.v1

## CERTIFICATE OF SERVICE

I, Blythe K. Lollar, one of the attorneys for Defendant Premier Medical Management of Mississippi, Inc., do hereby certify that I have this date filed the above and foregoing pleading with the Court's ECF system which sent notice to the following counsel of record:

>Louis H, Watson, Jr.
>Nick Norris
>WATSON & NORRIS, PLLC
>4209 Lakeland Drive #365
>Flowood, MS  39232-9212
>louis@watsonnorris.com
>nick@watsonnorris.com
>
>**ATTORNEYS FOR PLAINTIFF**

This the 1st day of February, 2024.

>/s/ Blythe K. Lollar
>BLYTHE K. LOLLAR

85725910.v1