IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TINA MCNEAL**                                                                                                               **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 4:23-cv-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT**
**OF MISSISSIPPI, INC.**                                                        **DEFENDANT**

## NOTICE OF INTENT

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned, for and on behalf of Defendant Premier Medical Management of Mississippi, Inc., intends to serve a Subpoena *Duces Tecum* upon the following:

1. Mississippi Department of Employment Security (MDES).

    A copy of the above-referenced subpoena is attached as Exhibit "A."

    This, the 23rd day of May, 2024.

                                                 Respectfully submitted,

                                                 **PREMIER MEDICAL MANAGEMENT OF**
                                                 **MISSISSIPPI, INC.,**
                                                 **DEFENDANT**

                                                 By:     */s/ Blythe K. Lollar*
                                                              Robin Banck Taylor (MS Bar No. 100195)
                                                              Blythe K. Lollar (MS Bar No. 104554)

**OF COUNSEL:**

Robin Banck Taylor (MS Bar No. 100195)
Robin.Taylor@butlersnow.com
Blythe K. Lollar (MS Bar No. 104554)
Blythe.Lollar@butlersnow.com
BUTLER │ SNOW LLP
1020 Highland Colony Parkway – Suite 1400
Ridgeland, Mississippi 39157

Telephone: (601) 948-5711
Facsimile: (601) 985-4500

## CERTIFICATE OF SERVICE

I, Blythe K. Lollar, one of the attorneys for Defendant, do hereby certify that I have this day electronically filed a true and correct copy of the foregoing Notice of Intent with the Clerk of Court using the ECF electronic court-filing system, which sent notification of such filing to counsel of record as follows:

    Louis H, Watson, Jr.
    Nick Norris
    WATSON & NORRIS, PLLC
    4209 Lakeland Drive #365
    Flowood, MS  39232-9212
    louis@watsonnorris.com
    nick@watsonnorris.com

 *Attorneys for Plaintiff*

So certified on this, the 23rd day of May, 2024.

                               */s/ Blythe K. Lollar*
                               BLYTHE K. LOLLAR

87701799.v1