**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

TINA MCNEAL                                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 4:23-cv-180-DMB-DAS

PREMIER MEDICAL MANAGEMENT
OF MISSISSIPPI, INC.                                                     DEFENDANT

_____

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

Defendant Premier Medical Management of Mississippi, Inc. ("Defendant" or "PMM"), by and through counsel of record, respectfully moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support thereof, PMM states as follows:

1.      Plaintiff Tina McNeal ("McNeal" or "Plaintiff"), a Physical Therapist ("PT") employed at-will with PMM, walked off the job in the middle of her scheduled shift to attend a high school basketball game, despite being told directly by her supervisor that her time off request had been denied, and even though her unauthorized absence would cause the clinic to close that afternoon because there was no PT to supervise PMM's Physical Therapist Assistants ("PTA"). The next day, McNeal was hostile, angry, and belligerent with her supervisor when she learned that her time off request for later that week was denied. McNeal approached her supervisor, raising her voice and called him "unprofessional and selfish" in front of patients and other PMM employees and then refused to leave when her supervisor instructed her to clock out and go home. In response to McNeal's insubordination and misconduct, PMM terminated her employment on March 1, 2023.

2.      Rather than accept responsibility for her own actions, McNeal instead claims that PMM intentionally discriminated against her because of her age (43 years old when terminated)

in violation of the Age Discrimination in Employment Act ("ADEA") and her race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) et. seq. ("Title VII") and 42 U.S.C. § 1981, and that PMM retaliated against her for engaging in nonexistent protected conduct in violation of Title VII and Section 1981.

3.     Put simply, McNeal has no evidence that even suggests her race or age played any role whatsoever in PMM's decision to terminate her employment after her admitted policy violations, unprofessional conduct, and insubordination.  Likewise, McNeal admits she never reported discrimination or harassment during her employment, and therefore, she cannot demonstrate that she engaged in any protected activity as required to sustain her retaliation claim.

4.     Because the undisputed material facts clearly show that McNeal's claims fail as a matter of law, the Court should grant summary judgment in PMM's favor and dismiss this action in its entirety with prejudice.

5.     In addition to its Memorandum of Authorities in Support of its Motion for Summary Judgment filed contemporaneously herewith, PMM relies on the following evidentiary material attached hereto:

Exhibit A     Declaration of Kristin Reiber and referenced attachments:

| | |
|---|---|
| A-1 | Equal Opportunity Policy |
| A-2 | Harassment, Discrimination, & Retaliation Policy |
| A-3 | New Hire Form |
| A-4 | Termination of Employment Policy |
| A-5 | Rehab Team Meeting Minutes, dated September 28, 2021 |
| A-6 | Hours of Work Policy |
| A-7 | Employee Performance and Conduct Policy |
| A-8 | Attendance and Punctuality Policy |
| A-9 | Paid Time Off Policy |
| A-10 | PMM Employee Counseling Report, dated April 19, 2016 |
| A-11 | Excerpted Performance Reviews of Tina McNeal |
| A-12 | PMM Employee Counseling Report, dated September 23, 2016 |
| A-13 | Rehab Team Meeting Minutes, dated August 7, 2018 |
| A-14 | Rehab Team Meeting Minutes, dated December 4, 2018 |

A-15  Rehab Team Meeting Minutes, dated February 5, 2019
A-16  Rehab Team Meeting Minutes, dated May 7, 2019
A-17  PMM Employee Counseling Report, dated March 7, 2022
A-18  McNeal Time Off Request Form, dated February 27, 2023
A-19  Cockroft and Sims Time Off Request Form, dated January 13, 2023
A-20  Investigation Notes and Witness Statements
A-21  PMM Employee Counseling Report, dated March 1, 2023
A-22  Email Communications with McNeal

Exhibit B    Excerpts of Deposition of Tina McNeal

Exhibit C    Declaration of Scott Cockroft

Exhibit D    Declaration of Wes Carter

Exhibit E    Declaration of Dr. Benjamin Carter

Exhibit F    Declaration of Dr. James Withers

Exhibit G    Declaration of Becky Morris

Exhibit H    Text Exchanges Between Tina McNeal and Wes Carter

Exhibit I    Excerpts of Equal Employment Opportunity Commission Investigation File

WHEREFORE, PREMISES CONSIDERED, PMM respectfully requests, in accordance with Rule 56 of the Federal Rules of Civil Procedure, that this Honorable Court grant summary judgment in PMM's favor and such other, further, and different relief as the Court deems fair and just.

THIS, the 4th day of October, 2024.

Respectfully submitted,

**PREMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC.,** Defendant

By:    */s/ Robin Banck Taylor*
Robin Banck Taylor (MS Bar No. 100195)

ONE OF ITS ATTORNEYS

3

**OF COUNSEL**:

Robin Banck Taylor (MS Bar No. 100195)
Blythe K. Lollar (MS Bar No. 104554)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Phone: (601) 948-5711
Fax: (601) 985-4500
E-mail: robin.taylor@butlersnow.com
E-mail: blythe.lollar@butlersnow.com

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, one of the attorneys for Defendant Premier Medical Management of Mississippi, Inc., do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing document with the Clerk of Court using the ECF electronic court-filing system, which sent notification of such filing to counsel of record as follows:

> Louis H. Watson, Jr.
> Nick Norris
> WATSON & NORRIS, PLLC
> 4209 Lakeland Drive #365
> Flowood, MS 39232-9212
> louis@watsonnorris.com
> nick@watsonnorris.com

**ATTORNEYS FOR PLAINTIFF**

THIS, the 4th day of October, 2024.

*/s/ Robin Banck Taylor*
ROBIN BANCK TAYLOR