IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TINA MCNEAL                                                             PLAINTIFF

V.                                          CAUSE NO. 4:23-CV-00180-DMB-DAS

PREMIER MEDICAL MANAGEMENT OF
MISSISSIPPI, INC.                                       DEFENDANT

---

TAKE NOTICE that a proceeding in this case has been RESET as to the location, date and time below:

Location:                                             Room:    Judge Sanders' Chambers

Thomas Abernethy Federal Building
301 W. Commerce Street
Aberdeen, MS 39730

                                                    Date and Time: January 8, 2025
                                                                                   10:00 a.m.

---

FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*Draft of Final Pretrial Order due by January 3, 2025*

---

                                                       DAVID CREWS
                                                       Clerk of Court


                                                 By: /s/    Jennifer L.    Frantz
                                                       Courtroom Deputy

Date: November 20, 2024

To:      All Counsel of Record