IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

Civil Minutes - General

| | | | |
|---|---|---|---|
| Case No: | 4:23-CV-180-DMB-DAS | Place Held: | Judge Sanders' Chambers (Telephonically) |

Style: Tina McNeal v Premier Medical Management of Mississippi, Inc.

Date: January 6, 2025
Total Time: 1 hour

PRESENT: David A. Sanders — United States Magistrate Judge

| ATTORNEY PARTICIPATING FOR PLAINTIFF | ATTORNEY PARTICIPATING FOR DEFENDANT |
|---|---|
| Nick Norris | Robin Taylor |

PROCEEDINGS: Telephonic Settlement Negotiations

Docket Entry: Parties reached a settlement agreement; Stipulation of Dismissal to be filed by parties.

DAVID CREWS, CLERK

By:  /s/ Jennifer L. Frantz
     Courtroom Deputy