IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TINA MCNEAL**                                                                                                               **PLAINTIFF**

**V.**                                                             **NO. 4:23-CV-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT**
**OF MISSISSIPPI, INC.**                                                                                **DEFENDANT**

## ORDER

Because the minutes of the settlement negotiations before United States Magistrate Judge David A. Sanders indicate the parties reached a settlement,[1] the pending motions [32][42][44] are **DENIED without prejudice**.

**SO ORDERED**, this 8th day of January, 2025.

                                                                         **/s/Debra M. Brown**
                                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #56.