IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| TINA MCNEAL | PLAINTIFF |
| V. | CAUSE NO. 4:23-CV-00180-DMB-DAS |
| PREMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC. | DEFENDANT |

_____

TAKE NOTICE that a proceeding in this case has been SET as to the location, date and time below:

Location:
   Telephonic                       Room: Telephonic Conference

Date:    June 12, 2025
Time:   10:30 a.m.

TELEPHONIC STATUS CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*CONFERENCE CALL NUMBER   1-662-305-1900*
*CONFERENCE ID   705508620#*

                                                      DAVID CREWS
                                                      Clerk of Court

                                            By: /s/   Jennifer L.   Frantz
                                                      Courtroom Deputy

Date: June 9, 2025

To:     All Counsel of Record