IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**<u>Civil Minutes</u>**

Case No:    4:23-cv-00180-DMB-DAS

Place Held:
Judge's Chambers
Teleconference

Style:  McNeal v. Premier Medical Management of Mississippi, Inc.

Date: June 12, 2025

Total Time:    30 min.

        Start:   10:30 a.m.
        End:     11:00 a.m.

| PRESENT: | David A. Sanders | United States Magistrate Judge |
| | | |
| | Catherine Servati | Law Clerk |

ATTORNEY PRESENT

| FOR PLAINTIFF(S) | FOR DEFENDANT(S) |
| --- | --- |
| Nick Norris | Robin Taylor |

PROCEEDINGS: Telephonic Status Conference.

Docket Entry: Conference Held.

DAVID CREWS, CLERK

By:    /s/ Catherine Servati
        Law Clerk