# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TINA MCNEAL**                                                        **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 4:23-cv-180-DMB-DAS**

**PREMIER MEDICAL MANAGEMENT**
**OF MISSISSIPPI, INC.**                                              **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tina McNeal, and Defendant Premier Medical Management of Mississippi, Inc., by and through counsel of record, hereby file this joint stipulation of voluntary dismissal with prejudice, dismissing all claims asserted by Plaintiff against Defendant Premier Medical Management of Mississippi, Inc. in their entirety. The parties agree that all claims against Defendant Premier Medical Management of Mississippi, Inc. be hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

THIS, the 29th day of July, 2025.

Respectfully submitted,

**PEMIER MEDICAL MANAGEMENT OF MISSISSIPPI, INC., Defendants**

By:    */s/ Robin Banck Taylor*
        Robin Banck Taylor (MS Bar No. 100195)

**TINA MCNEAL, Plaintiff**

By:    */s/ Nick Norris*
        Nick Norris (MS Bar No. 101574)

PREPARED BY:

Robin Banck Taylor (MS Bar No. 100195)
Blythe K. Lollar (MS Bar No. 104554)
BUTLER │ SNOW LLP
1020 Highland Colony Parkway – Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Email: robin.taylor@butlersnow.com

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, hereby certify that I have this date sent a true and correct copy of the above and foregoing pleading to all counsel of record by and through the Court's ECF notification system to all counsel of record as follows:

Louis H, Watson, Jr.
Nick Norris
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS  39232-9212
louis@watsonnorris.com
nick@watsonnorris.com

**ATTORNEYS FOR PLAINTIFF**

THIS, the 29th day of July, 2025.

*/s/Robin Banck Taylor*
Robin Banck Taylor